RUTH L. WITTMER, Appellant, v. WARREN F. GREENHALGH and Others, Constituting the Board of Supervisors of Suffolk County, and Others, etc., Respondents. — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis and Adel, JJ.; Taylor, J., not voting.

LEE WOLF, Respondent, v. ISIDORE COBERT, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

MAE AMBROSE, Formerly Known as MAE KRAUS, Respondent, v. EMANUEL KRAUS, Appellant.— Order granting motion to punish for contempt and fining the appellant $500 for failure to pay alimony at the rate of twenty dollars a week from May, 1926, to May, 1938, but permitting him to purge himself of contempt by paying ten dollars a week, reversed on the law and the facts, without costs, and the matter remitted to the Special Term to take proof on the following: (1) Whether, subsequent to the respondent's remarriage, the children assumed the name of their stepfather and whether they were voluntarily supported by him. (2) Whether the whereabouts of the appellant were unknown to the respondent. (3) Whether the respondent, at the time of her remarriage, told the appellant that she did not want him to visit the children and that she desired no support from him. (4) To establish the appellant's financial situation and what amounts, if any, the appellant has given to his children. (*Silkworth* v. *Silkworth*, 255 App. Div. 226, and cases therein cited; *Gewirtz* v. *Gewirtz*, 189 id. 483 [1st Dept.]; *Beeber* v. *Beeber*, 225 id. 757.) Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ., concur.

GEORGE W. AVERELL, Appellant, v. JOHN F. WISCHHUSEN, Respondent.— Order granting motion of the defendant, a non-resident, to set aside the service of a summons upon him while present in this State for the purpose of acting as a witness in an action, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ., concur.

HENRY CERENZIO and PETER CERENZIO, Respondents, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant, and WILLIAM A. LIPPMAN, Defendant. — Action by father and son for damages for loss of services and personal injuries, respectively, caused by a collision between an automobile truck in which the son was a passenger and a street car of the defendant transit corporation. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.